# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| ANDREW GEORGE KATSANEVAS, | 10-23576 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

American Express Bank, FSB                                $0.19
Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

The address listed above constitutes the last known address in question. The check in the amount of $0.19 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _8th_ day of November, 2011.

_____
Duane H. Gillman, Trustee

SLC_975939.1